# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

INFANT FORMULA et. al.

VS     CASE NO. 4:91-CV-878 MMP

ABBOTT LABORATORIES

## FINANCIAL REFERRAL AND ORDER

Transfer of registry funds to unclaimed funds

Explanation: This case has $145,164.36 including interest in the Court Registry Investment System (CRIS). The Guide to Judiciary Policies and Procedures directs that any unclaimed fund balance held in the registry after the conclusion of a case for a period longer than the statutorily required period should be transferred to the unclaimed funds account. The statutory period for the above funds is five years. This case meets those requirements. I am requesting authorization to transfer these funds plus any additional accrued interest from CRIS to the unclaimed funds account held by the US Treasury.

Fund that are held in the unclaimed funds account can be disbursed by an order of the court.

JESSICA J. LYUBLANOVITS, Clerk of Court

Prepared by: _s/Philip Detweiler_
   Philip Detweiler, Financial Specialist     Date: February 10, 2011

Referred by: Blair Patton ,Deputy Clerk

## ORDER OF COURT

It is ORDERED this  11th  day of  February, 2011, that the Clerk

   X   Transfer the identified funds to the unclaimed fund account.

_____ Continue to hold in CRIS.

_____ Other direction from the Court. _____

MAURICE M. PAUL, SENIOR
UNITED STATES DISTRICT JUDGE

Rec'd0211'11USDcFlnlPM0221

Adopted: 12/03/99